## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-62212-CIV-SMITH

RIGO HERRERA-ESCOBAR,

        Petitioner,

vs.

PAMELA BONDI, *et al.*,

        Respondents.

_____/

### <u>ORDER RESETTING HEARING</u>

The hearing set for 10:30 a.m. on January 7, 2026 is reset for **January 6, 2026 at 3:20 p.m.** in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of December, 2025.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record